UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JORGE AYALA,<br><br>          Petitioner,<br>VS.<br><br>NATHANIEL QUARTERMAN,<br><br>          Respondent. | §<br>§<br>§<br>§     CIVIL ACTION NO. C-07-330<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO GRANT RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On December 8, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion for summary judgment (D.E. 9) be granted and further that a certificate of appealability be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that respondent's motion for summary judgment is granted and petitioner's petition for writ of habeas corpus is dismissed. Certificate of appealability is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 11th day of January, 2008.

_____
Janis Graham Jack
United States District Judge